**Dismissed and Memorandum Opinion filed January 24, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00208-CV

---

## GAIL G. WOOD, Appellant

### V.

## WILLIAM DIMITRIOUS WOOD, Appellee

---

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2015-52199**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 20, 2017. The clerk's record was filed June 26, 2018. The reporter's record was filed July 25, 2018. No brief was filed.

On December 6, 2018, this court issued an order stating that unless appellant filed a brief on or before January 3, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain.